THE LAW OFFICE OF
# NOOR A. SAAB

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email: NoorASaabLaw@gmail.com

Noor A. Saab, Esq.*
-----------
* Admitted in New York

QUEENS OFFICE
148-02 Hillside Ave
Jamaica, New York 11435

March 27, 2024

**BY ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   Case 1:23-cv-07936-JMF-JW Gonzalez v. Pesco Clothing, Inc.

To the Honorable Judge Furman,

This office represents the Plaintiff of the above-referenced matter. I write to address the Parties' settlement and to present the Parties' joint request for judicial approval of the Consent Decree enclosed herewith.

Plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act and the New York City Human Rights Law. The Defendant disputes same, but has agreed to an early settlement with Plaintiff individually in order to avoid the cost and inconvenience of litigation and to address the issues raised by this action in a mutually acceptable fashion. We hereby request that the Court so-order the Consent Decree, which has been fashioned as a reasonable resolution of the Plaintiff's claims.

The enclosed Consent Decree "(1) springs from and serves to resolve a dispute within the court's subject-matter jurisdiction, (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the complaint was based." *Kozlowski v. Coughlin,* 871 F.2d 241, 244 (2d Cir. 1989) (internal bracketing omitted) (citing *Local Number 93, Int'l Ass'n of Firefighters v. City of Cleveland,* 478 U.S. 501, 525 (1986)); *accord, Crosson v. Popsockets LLC,* No. 19-cv-200 (CBA)(LB), 2019 WL 6134416, at *2 (E.D.N.Y. Oct. 8, 2019), *adopted by* 2019 WL 6134153 (Nov. 19, 2019); *Riverkeeper, Inc. v. MLV Concrete Inc.,* No. 14-cv-3762 (LDH)(PK), 2017 WL 3172897, at *2 (E.D.N.Y. June 26, 2017), *adopted by* 2017 WL 3172859 (July 25, 2017). S*ee also, Figueroa v. Arhaus, LLC*, No. 18 Civ. 10491 (GWG) (S.D.N.Y. Feb. 20, 2019) (DE 16) (applying the above standard in another ADA website action to approve a consent decree in an action between private parties).

Additionally, the Consent Decree is designed to serve as a shield for Defendant against claims by other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are being addressed and resolved pursuant to this settlement. Duplicative suits have been a

recurring problem in similar matters handled by my law firm and other attorneys defending these matters around the country.

      Counsel for Plaintiff has resolved many other ADA website class actions in this Court and in other districts in which similar consent decrees have been so-ordered. Your Honor previously so-ordered a similar consent decree in *Campbell v. Gamefly Holdings, LLC*, SDNY, 22-cv-10107 (JMF), February 13, 2023 (DE 14) and *Toro v. Island Pursuit, Inc.*, SDNY 22-cv-7667 (JMF). Other judges have entered similar consent decrees including *Murphy v. Cos Bar Retail LLC,* SDNY, 18-cv-06968 (RA), February 11, 2019 (DE 22); *Picon v. Brooklyn Gastroenterology and Endoscopy, PLLC,* SDNY, 18-cv-07936 (ALN), July 9, 2019 (DE 16); *Dawson v. King Arthur Flour Company, Inc.,* SDNY, 19-cv-01435 (ALN), July 9, 2019 (DE 14);*Thorne v. Datrex, Inc.,* SDNY, 19-cv-01045 (LTS)(BCM), July 15, 2019 (DE 17); *Thorne v. Seabring Marine Industries, Inc.,* SDNY, 19-cv-01299 (ALC), July 17, 2019 (DE 20); *Hedges v. The Southwestern College*, SDNY, 20-cv-06076 (RA), October 26, 2020 (DE 11); *Young v. Drury University*, SDNY, 20-cv-05718(RA), November 25, 2020 (DE 16); *Angeles v. Politics and Prose Inc.*, 21-cv-05190 (JMF), SDNY, September 9, 2021 (DE 15); *Slade v. LaDove, Inc.*, 21-cv-05617 (KHP), SDNY, September 9, 2021 (DE 14); *Roman v. McCrea Capital Advisors Inc.*, 21-cv-05550 (SLC), SDNY, October 1, 2021 (DE 18); *Tavarez v. Sourcebooks*, 21-cv-09783 (GWG), SDNY, March 7, 2022 (DE 17); *Cruz v. Pure Steeps Beverage LLC*, 21-cv-09957 (KHP), SDNY, March 15, 2022 (DE 17); *Ortega v. Arteriors Home, L.P.*, 21-cv-10291 (SDA), SDNY, March 17, 2022 (DE 16); *Fischler v. NVA RE, LLC*, 21-cv-09218 (ALC), SDNY, April 4, 2022 (DE 11); *Fagnani v. Holmes Stamp Company*, 22-cv-10080 (VF), SDNY, April 28, 2023 (DE 16); *Murphy v. King University*, 23-cv-00408 (ER), SDNY, June 7, 2023 (DE 19); *Thorne v. University of Evansville*, 23-cv-00816 (LGS), SDNY, June 13, 2023 (DE 21).

      We respectfully request that Your Honor approve the enclosed Consent Decree for all of the reasons identified above. Thank you for your attention to this matter.

                                                Respectfully and sincerely,

                                                */s/ Noor A. Saab, Esq.*
                                                Noor A. Saab Esq.
                                                Counsel for Plaintiff

Cc: Scott Farrell, Esq., counsel for Defendant

115257692.1 0204730-00001