UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANILZA GONZALEZ on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

PESCO CLOTHING, INC.,

                Defendant.

Case No: 1:23-cv-07936

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
            March 26, 2024

| LAW OFFICE OF NOOR A. SAAB | MILLER LAW OFFICES, PLLC |
|---|---|
| By: _____ | By: _____ |
| Noor A. Saab, Esq. | Scott J. Farrell, Esq. |
| 380 North Broadway, Penthouse West | 23 Langdon Pl. |
| Jericho, NY 11753 | Lynbrook, NY 11563 |
| noorasaablaw@gmail.com | scott@mlo.law |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED.

*[signature]*

May 2, 2024